**Electronically Filed
Supreme Court
SCPW-12-0000894
08-NOV-2012
07:58 AM**

NO. SCPW-12-0000894

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAII, Respondent,

vs.

CHRISTOPHER LEE SLAVICK, Petitioner.

ORIGINAL PROCEEDING
(CR. NO. 04-1-1534)

ORDER DENYING WITHOUT
PREJUDICE PETITION FOR WRIT OF PROHIBITION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's October 23, 2012 petition for a writ of prohibition, and the record, it is unclear what specific relief petitioner is seeking from this court. Moreover, it appears that, at this time, petitioner fails to demonstrate a clear and indisputable right to relief and a lack of alternative means to obtain relief. See Honolulu Advertiser, Inc. v. Takao, 59 Haw. 237, 241, 580 P.2d 58, 62 (1978) (A writ of prohibition is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the

requested action.  Such a writ is not intended to supersede the legal discretionary authority of the trial courts, cure a mere legal error or serve as a legal remedy in lieu of normal appellate procedure.).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of prohibition is denied without prejudice.

DATED: Honolulu, Hawaiʻi, November 8, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



2